FILED

Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Michael Marchand (SBN 281080)
mmarchand@blakelylawgroup.com
BLAKELY LAW GROUP
915 North Citrus Avenue
Los Angeles, California 90038
Telephone: (323) 464-7400
Facsimile: (323) 464-7410

2012 APR 25  PM 1:10

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

*Attorneys for Plaintiff*
*Reed Krakoff, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

REED KRAKOFF, LLC, a Delaware Corporation,

   Plaintiff,

   v.

NEW WEALTH TRADING, INC., dba TOSCA USA, a California Corporation; NAM DEUK WOO, an individual; and TEDDY, an unknown business entity, and DOES 1-10, inclusive,

   Defendants.

CASE NO. CV12-3589-RSWL (JC)

COMPLAINT FOR DAMAGES:

1. PATENT INFRINGMENT;

2. COMMON LAW UNFAIR COMPETITION

JURY TRIAL DEMANDED

Plaintiff Reed Krakoff, LLC ("Reed Krakoff" or "Plaintiff") for its claims against Defendants New Wealth Trading, Inc., dba Tosca USA, Nam Deuk Woo, and Teddy (collectively referred to hereinafter as "Defendants") respectfully alleges as follows:

**JURISDICTION AND VENUE**

1.  Plaintiff files this action against Defendants for patent infringement arising under the patent laws of the United States. This Court has subject matter jurisdiction over the claims alleged in this action pursuant to 28 U.S.C. §§ 1331, 1338.

2.  This Court has personal jurisdiction over Defendants because Defendants are corporations organized and existing under the laws of the state of California, are

1
**COMPLAINT FOR DAMAGES**

domiciled in the state of California, and/or engage in commercial activities within the state of California.

3. This action arises out of wrongful acts by Defendants within this judicial district. Venue is proper in this district pursuant to 28 U.S.C. § 1391 because the claims asserted arise in this district.

## THE PARTIES

4. Plaintiff Reed Krakoff, LLC is a limited liability company organized and existing under the laws of the state of Delaware.

5. Upon information and belief, Defendant New Wealth Trading, Inc., dba Tosca USA is a corporation organized and existing under the laws of the state of California with an office and principal place of business at 3801 Broadway Place, Los Angeles, California 90037.

6. Upon information and belief, Defendant Nam Deuk Woo is an individual residing in this judicial district and doing business as New Wealth Trading, Inc., dba Tosca USA.

7. Upon information and belief, Defendant Teddy is an unknown business entity engaging in commercial activities within the state of California.

8. Plaintiff is unaware of the names and true capacities of Defendants, whether individual, corporate and/or partnership entities, named herein as DOES 1 through 10, inclusive, and therefore sues them by their fictitious names. Plaintiff will seek leave to amend this complaint when their true names and capacities are ascertained. Plaintiff is informed and believes and based thereon alleges that said Defendants and DOES 1 through 10, inclusive, are in some manner responsible for the wrongs alleged herein, and that at all times referenced each was the agent and servant of the other Defendants and was acting within the course and scope of said agency and employment.

9. Plaintiff is informed and believes, and based thereon alleges, that at all relevant times herein, Defendants and DOES 1 through 10, inclusive, knew or

1  reasonably should have known of the acts and behavior alleged herein and the damages
2  caused thereby, and by their inaction ratified and encouraged such acts and behavior.
3  Plaintiff further alleges that Defendants and DOES 1 through 10, inclusive, have a
4  non-delegable duty to prevent or cause such acts and the behavior described herein,
5  which duty Defendants and DOES 1 though 10, inclusive, failed and/or refused to
6  perform.

## ALLEGATIONS COMMON TO ALL CAUSES OF ACTION

8      10.    Reed Krakoff is the President and Executive Creative Director of Coach,
9  Inc. ("Coach") Since his arrival at Coach in 1996, he has led the creative renaissance
10 that successfully strengthened an already formidable brand image and contributed to
11 increased sales of Coach products throughout the world. As the architect of the brand,
12 he leads design, store concept, marketing, and worldwide positioning.

13     11.    The Reed Krakoff collection was launched in 2010.  The collection
14 includes a full line of women's ready-to-wear, handbags, shoes and jewelry.  The Reed
15 Krakoff collection is sold though Reed Krakoff stores, certain specialty boutiques, and
16 www.reedkrakoff.com.

17     12.    Plaintiff owns several design patent registrations for its Reed Krakoff line
18 of products, one of which includes its famous "Boxer Bag," the patent for which was
19 granted by the United States Patent and Trademark Office on October 19, 2010 (U.S.
20 Reg. No. D625,516)

21     13.    In or around March, 2012, Plaintiff discovered that Defendant New
22 Wealth Trading, Inc., dba Tosca USA, and Defendant Teddy were manufacturing,
23 distributing, advertising, promoting, offering for sale, and/or selling a line of handbags
24 called the "Snakeskin Detail Satchel," the design of which is nearly identical to Reed
25 Krakoff's Boxer Bag Design (hereinafter "Infringing Handbag").

26     14.    Upon information and belief, Defendant Nam Deuk Woo is the active,
27 moving, conscious force behind the alleged infringing activities.
28

## FIRST CLAIM FOR RELIEF

### (Patent Infringement – 35 U.S.C. § 271)

15. Plaintiff incorporates herein by reference the averments of the preceding paragraphs as though fully set forth herein.

16. Plaintiff Reed Krakoff, LLC is the owner by assignment of all the right, title and interest in the design patent for the Boxer Bag Design, which was duly and legally issued by the United States Patent and Trademark Office on October 19, 2010. Attached hereto and incorporated herein as Exhibit 1 is a true and correct copy of the patent registration for the Boxer Bag Design (Patent No. D625,516).

17. Defendants have knowingly and intentionally manufactured, caused to be produced, distributed, advertised, offered for sale, and/or sold handbags that are nearly identical to Reed Krakoff's Boxer Bag in direct violation of 35 U.S.C. § 271.

18. Defendants' use of the Boxer Bag Design is without Plaintiff's permission or authority and is in total disregard of Plaintiff's right to control its intellectual properties.

19. As a direct and proximate result of Defendants' infringing conduct, Plaintiff has been injured and will continue to suffer injury to its business and reputation unless Defendants are restrained by this Court from infringing Plaintiff's trademarks.

20. Defendants' acts have damaged and will continue to damage Plaintiff and Plaintiff has no adequate remedy at law.

21. In light of the foregoing, Plaintiff is entitled to injunctive relief prohibiting Defendants from using the Boxer Bag Design and to recover from Defendants all damages, including attorneys' fees, that Plaintiff has sustained and will sustain as a result of such infringing acts, and all gains, profits and advantages obtained by Defendants as a result thereof, in an amount to be determined.

## SECOND CLAIM FOR RELIEF

### Unfair Competition Under California Common Law

22. Plaintiff incorporates herein by reference the averments of the preceding paragraphs as though fully set forth herein.

23. Defendants' infringement of Plaintiff's Boxer Bag Design constitutes unfair competition in violation of the common law of the state of California.

24. Plaintiff has no adequate remedy at law to compensate it fully for the damages that have been caused and which will continue to be caused by Defendants' infringing conduct, unless it is enjoined by this Court.

25. In light of the foregoing, Plaintiff is entitled to injunctive relief prohibiting Defendants from using the Boxer Bag Design, and to recover all damages, including attorneys' fees, that Plaintiff has sustained and will sustain, and all gains, profits and advantages obtained by Defendants as a result of its infringing acts alleged above in an amount not yet known, and the costs of this action.

26. The conduct herein complained of was extreme, outrageous, fraudulent, and was inflicted on Plaintiff in reckless disregard of Plaintiff's rights. Said conduct was despicable and harmful to Plaintiff and as such supports an award of exemplary and punitive damages in an amount sufficient to punish and make an example of Defendants, and to deter them from similar such conduct in the future.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays for judgment against Defendants, as follows:

1. A Declaratory Judgment that Defendants have violated the Boxer Bag Design patent in violation of the 35 U.S.C. § 271.

2. An order granting temporary, preliminary and permanent injunctive relief restraining and enjoining Defendants, their officers, agents, employees, and attorneys, and all those persons or entities in active concert or participation with them from:

   (a) manufacturing, importing, advertising, marketing, promoting, supplying, distributing, offering for sale, or selling any products that infringe upon the Boxer Bag Design, including but not limited to Defendants' "Snakeskin Detail Satchel" line of handbags;

   (b) engaging in any other activity constituting unfair competition with Plaintiff, or acts and practices that deceive consumers, the public, and/or trade, including without limitation, the use of designations and design elements associated with Plaintiff;

   (c) engaging in any other activity that will dilute the distinctiveness of the Boxer Bag Design;

   (d) committing any other act which falsely represents or which has the effect of falsely representing that the goods and services of Defendants are licensed by, authorized by, offered by, produced by, sponsored by, or in any other way associated with Plaintiff;

  3. Ordering Defendants to recall from any distributors and retailers and to deliver to Plaintiff for destruction or other disposition all remaining inventory of all infringing products, including all advertisements, promotional and marketing materials therefore, as well as means of making same;

  4. Ordering Defendants to file with this Court and serve on Plaintiff within thirty (30) days after entry of the injunction a report in writing, under oath setting forth in detail the manner and form in which Defendants have complied with the injunction;

  5. Ordering an accounting by Defendants of all gains, profits and advantages derived from their wrongful acts;

  6. Awarding Plaintiff all of Defendants' profits and all damages sustained by Plaintiff as a result of Defendants' wrongful acts, and such other compensatory damages as the Court determines to be fair and appropriate;

  7. Awarding applicable interest, costs, disbursements and attorneys' fees;

8. Awarding Plaintiff's punitive damages in connection with its claims under California law; and

9. Such other relief as may be just and proper.

Dated: April 19, 2012

BLAKELY LAW GROUP

By: _____
Brent H. Blakely
Michael Marchand
***Attorneys for Plaintiff Reed Krakoff, LLC***

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff hereby demands a trial by jury as to all claims in this litigation.

Dated: April 19, 2012

BLAKELY LAW GROUP

By: _____
Brent H. Blakely
Michael Marchand
***Attorneys for Plaintiff Reed Krakoff, LLC***

US00D625516S

| (12) **United States Design Patent**<br>Krakoff | (10) Patent No.:     **US D625,516 S**<br>(45) Date of Patent:   ** **Oct. 19, 2010** |
|---|---|

(54) **BAG**

(75) Inventor: **Reed Krakoff**, New York, NY (US)

(73) Assignee: **Reed Krakoff LLC**, New York, NY (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/355,865**

(22) Filed: **Feb. 16, 2010**

(51) LOC (9) Cl. .................................................. **03-01**
(52) U.S. Cl. ........................................................ **D3/245**
(58) Field of Classification Search ........... D3/232–233, D3/240–246, 318, 324; 150/100, 103–110, 150/113–114, 118–119
See application file for complete search history.

(56)     **References Cited**

U.S. PATENT DOCUMENTS

D569,610 S  *  5/2008  Wang ........................... D3/246
D587,010 S  *  2/2009  Deck ............................ D3/246
D594,652 S  *  6/2009  Guyon et al. ................. D3/243

* cited by examiner

*Primary Examiner*—Holly H Baynham
(74) *Attorney, Agent, or Firm*—Cooper & Dunham LLP

(57)                **CLAIM**

I claim an ornamental design for a bag, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of the claimed design.
FIG. **2** is a front elevational view of the claimed design.
FIG. **3** is a rear elevational view of the claimed design.
FIG. **4** is a right side elevational view of the claimed design.
FIG. **5** is a left side elevational view of the claimed design.
FIG. **6** is a top view of the claimed design; and,
FIG. **7** is a bottom view of the claimed design.

**1 Claim, 6 Drawing Sheets**



EXHIBIT 1



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)

REED KRAKOFF, LLC

**DEFENDANTS**

NEW WEALTH TRADING, INC., dba TOSCA USA, et al.

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Blakely Law Group    Telephone: (323) 464-7400
915 North Citrus Avenue, Hollywood, California 90038

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff    ☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant    ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☑ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☑ No     ☑ **MONEY DEMANDED IN COMPLAINT:** $ 100,000 +

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Trademark Infringement - Lanham Act

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☑ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 660 Occupational Safety/Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | **FEDERAL TAX SUITS** |
| | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:**   Case Number: **CV12-3589**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)    CIVIL COVER SHEET    Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)
☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | Delaware |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles |  |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| All Claims - Los Angeles |  |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____  Date 4/19/2012

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Ronald S. W. Lew and the assigned discovery Magistrate Judge is Jacqueline Chooljian.

The case number on all documents filed with the Court should read as follows:

```
CV12- 3589 RSWL (JCx)
```

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

==========================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
| --- | --- | --- |
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)   NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Brent H. Blakely (SBN 157292)
Michael Marchand (SBN 281080)
BLAKELY LAW GROUP
915 North Citrus Avenue
Hollywood, California 90038
Telephone: (323) 464-7400

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REED KRAKOFF, LLC, a Delaware Corporation,<br><br>PLAINTIFF(S)<br>v.<br>NEW WEALTH TRADING, INC., dba TOSCA USA,<br>a California Corporation; (Continued)<br><br>DEFENDANT(S). | CASE NUMBER<br><br>**CV12-3589-RSWL (JCx)**<br><br>SUMMONS |

TO:     DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff's attorney, __Blakely Law Group_____, whose address is __915 North Citrus Avenue, Hollywood, California 90038_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __APR 2 5 2012__     By: __[signature]__
                                                                                Deputy Clerk

                                        *(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (10/11)                                                    SUMMONS

Summons CV-01A (Continued)

NEW WEALTH TRADING, INC., dba )
TOSCA USA, a California Corporation; )
NAM DEUK WOO, an individual; and )
TEDDY, an unknown business entity, and )
DOES 1-10, inclusive, )
)
)
            Defendants. )
)
)
)
)
)
_____ )