Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Michael Marchand (SBN 281080)
mmarchand@blakelylawgroup.com
BLAKELY LAW GROUP
915 North Citrus Avenue
Los Angeles, California 90038
Telephone: (323) 464-7400
Facsimile: (323) 464-7410

*Attorneys for Plaintiff*
*Reed Krakoff, LLC*

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REED KRAKOFF, LLC, a Delaware Corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>NEW WEALTH TRADING, INC., dba TOSCA USA, a California Corporation; NAM DEUK WOO, an individual; and TEDDY, an unknown business entity, and DOES 1-10, inclusive,<br>            Defendants. | CASE No. CV12-03589 RSWL-JG<br><br>**ORDER GRANTING DISMISSAL OF ACTION WITH PREJUDICE** |
| RELATED COUNTERCLAIM | |

IT IS HEREBY ORDERED that this entire action, including any and all counterclaims, be dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii). Each party shall bear its own attorneys' fees and costs associated with this action.

DATED:    September 24, 2012     By: _____
                                         **RONALD S.W. LEW**
                                         Hon. Ronald S. W. Lew
                                         Senior, U.St. District Court Judge

1

**[PROPOSED] ORDER GRANTING DISMISSAL OF ACTION WITH PREJUDICE**